JACOB SILFEN and LENA SILFEN, Respondents, v. SADIE ELLMAN and Others, Appellants.— We see no cause to review the action of the County Court, or of the receiver, in collecting rents, in view of our decision that such receivership stand pending the trial (ante, p. 915). Present — Jenks, P. J., Mills, Putnam and Jaycox, JJ.

BENJAMIN WEINTRAUB, Appellant, v. GUSTAVE E. KRUSE, Respondent.— The following decision is substituted for the one handed down herein on May 21, 1920 [See ante, p. 925]: Order and judgment appealed from reversed, and defendant's motion denied; plaintiff's motion granted, with ten dollars costs, with leave, however, to defendant to withdraw demurrer within twenty days, and serve an answer on payment of ten dollars costs, in which event the motion is denied. We think that the memorandum jointly signed was sufficient. (See Tobias v. Lynch, decided May 21, 1920, ante, p. 54.) Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of LENA BARTHEL, as Administratrix, etc., of JOHN J. BARTHEL, Deceased, Respondent. JOSEPH A. BARTHEL, Appellant; ROSE BARTHEL DE JULIO, Respondent.— Decree of the Surrogate's Court of Westchester county unanimously affirmed, with a separate bill of costs to each of the respondents. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

In the Matter of the Judicial Settlement of the Accounts of CENTRAL UNION TRUST COMPANY OF NEW YORK, as Executor and Trustee, etc., of JOHN HALES, Deceased, etc.— Reargument ordered, and hearing set for June fifteenth of the following questions: Did the trust to the two daughters and their issue, as set out in paragraphs 3 and 4 of the will, offend against section 11 of the Personal Property Law of New York, because extending the trust beyond two lives in being? If so, can any of such dispositions stand? Liberty also given to discuss further the construction of the will. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

BERTRAM C. NELSON, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

THE CITY OF NEW YORK, Respondent, v. CHARLES STEEN, INC., Appellant.— Application granted.

THE CITY OF NEW YORK, Respondent, v. CHARLES STEEN, INC., Appellant.— Application granted.

THERESA GARBARDINE, Respondent, v. MICHAEL BERARDINI, Appellant.— Application denied, with ten dollars costs.

LOUIS CURFEIN, Respondent, v. NATHAN BECHER and CHARLES LANGER, Appellants.— Application denied, with ten dollats costs.

ROSINA HACKEMAN, Respondent, v. TRAVELERS INSURANCE COMPANY, Appellant.— Application denied, with ten dollars costs.